1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

FILED

JUL 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-0241 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| GOVER BALIONG EBARLE, | ) | (UNDER SEAL) |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: July 11, 2013

_____
KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and                3
[Proposed] Order