UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GOVER BALIONG EBARLE, <br><br> Defendant. | No. 2:13-cr-0241-JAM <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release GOVER BALIONG EBARLE Case No. 2:13-cr-0241-JAM, charge: 18 USC § 2252 (a)(2), from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X__ Bail Posted in the Sum of $ 50,000.00

             _X_ Unsecured Appearance Bond

             ___ Appearance Bond with 10% Deposit

             ___ Appearance Bond with Surety

             ___ Corporate Surety Bail Bond

             _X_ (Other): To be admitted to Pete's Place immediately upon release, and other conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 15, 2013.

_____
UNITED STATES MAGISTRATE JUDGE