BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GOVER BALIONG EBARLE, <br><br> Defendant. | CASE NO. 2:13-CR-0241 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 23, 2014, TO OCTOBER 21, 2014** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on September 23, 2014.

2.  By this stipulation, the defendant now moves to continue the status conference until October 21, 2014, and to exclude time between September 23, 2014, and October 21, 2014 under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided discovery in this case.  This discovery consists of a significant amount of computer evidence.

b. The defendant has pled guilty in Placer County Superior Court to a violation of California Penal Code Section 311.11. Upon sentencing, the United States is prepared to dismiss its case against the defendant.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of September 23, 2014 to October 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2014          Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney

Dated: September 10, 2014          /s/ Kyle Reardon for
                                   THOMAS A. JOHNSON
                                   Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVER BALIONG EBARLE,<br><br>　　　　Defendant. | CASE NO. 2:12-CR-0241 JAM<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 23, 2014, UNTIL OCTOBER 21, 2014** |

　　The parties' stipulation is approved and so ordered. The time beginning September 23, 2014, until October 21, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: 9/10/2014

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge