BENJAMIN B. WAGNER
United States Attorney
JOSH SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-CR-0241 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS INDICTMENT** |
| GOVER BALIONG EBARLE, | ) **AND ORDER DISMISSING** |
| Defendant. | ) **INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the Indictment against defendant Gover Baliong Ebarle in the above-captioned matter.

The defendant entered a plea in Placer County Superior Court to a violation of California Penal Code Section 311.11(a), and has been sentenced. Accordingly, federal prosecution is no longer warranted.

///

///

///

///

The United States also asks that the status conference set for October 21, 2014, be vacated.

DATED: October 16, 2014                                  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Josh Sigal*
JOSH SIGAL
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVER BALIONG EBARLE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:13-CR-0241 JAM <br><br> **ORDER** |

The United States' motion to dismiss the pending indictment against defendant Gover Baliong Ebarle in case number 2:13-CR-0241 JAM is granted.  The status conference set for October 21 2014, is hereby vacated.

Dated:  10/16/2014

                                            /s/ John A. Mendez  
                                            JOHN A. MENDEZ  
                                            United States District Court Judge